People v Taylor (2025 NY Slip Op 04048)

People v Taylor

2025 NY Slip Op 04048

Decided on July 03, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 03, 2025

Before: Kern, J.P., Kennedy, Kapnick, Scarpulla, O'Neill Levy, JJ. 

Ind No. 1244/21|Appeal No. 4694|Case No. 2022-02458|

[*1]The People of the State of New York, Respondent,
v
Sonia Taylor, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Laura Boyd of counsel), for appellant.
Alvin L. Bragg Jr., District Attorney, New York (Conor E. Byrnes of counsel), for respondent.

Judgment, Supreme Court, New York County (Diane Kiesel, J.), rendered May 17, 2022, convicting defendant, upon her plea of guilty, of robbery in the third degree, and sentencing her to three years of probation, unanimously affirmed.
Defendant's challenge to the validity of her plea is unpreserved because she did not move to withdraw her plea or vacate her conviction (see People v Williams, 27 NY3d 212, 214 [2016]). The narrow exception to the preservation requirement does not apply, as defendant had the practical ability to object to the alleged insufficiency of the colloquy and to seek relief from the sentencing court (see People v Peque, 22 NY3d 168, 182 [2013], cert denied sub nom. Thomas v New York, 574 US 840 [2014]; People v Conceicao, 26 NY3d 375, 381-382 [2015]). We decline to review this claim in the interest of justice (see People v Jackson, 123 AD3d 634, 634-635 [1st Dept 2014], lv denied 25 NY3d 1202 [2015]). As an alternative holding, we reject it on the merits (see generally People v Tyrell, 22 NY3d 359, 365 [2013]; People v Harris, 61 NY2d 9, 16, 19 [1983]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 3, 2025